IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT MAYS III, | |
| Plaintiff, | 4:23CV3188 |
| vs. | |
| LINCOLN POLICE DEPARTMENT, WARNER ASYLUM, and UNIVERSAL MUSIC GROUP, | MEMORANDUM AND ORDER |
| Defendants. | |

This matter is before the Court on its own motion. Plaintiff filed his Complaint in this matter on October 4, 2023, while he was incarcerated with the Lancaster County Department of Corrections, Filing No. 1. On October 20, 2023, Plaintiff left a voicemail with Court staff indicating that he was no longer incarcerated there. Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's address is unknown.

Also, Plaintiff failed to include the $402.00 filing and administrative fees. Plaintiff has the choice of either submitting the $402.00 filing and administrative fees to the Clerk's office or submitting a request to proceed in forma pauperis. Failure to take either action within 30 days will result in the Court dismissing this case without further notice to Plaintiff.

IT IS THEREFORE ORDERED that:

1. Within 30 days, Plaintiff must file a document updating his address. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2

    2.    Plaintiff must also either file a request for leave to proceed in forma pauperis or pay the Court's $402.00 filing and administrative fees within 30 days. Failure to take either action will result in dismissal of this matter without further notice to Plaintiff.

    3.    The Clerk of the Court is directed to send to Plaintiff the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit" at Plaintiff's last known address and at the following address:

> Robert Mays III
> 2121 N. 27th Street
> Lincoln, NE 68503

    4.    The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **November 27, 2022**: deadline to update address and file IFP motion or pay filing fee.

Dated this 23rd day of October, 2023.

BY THE COURT:

*/s/ Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge